**Fill in this information to identify the case:**

Debtor name **Southland Manufacturing, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)    **26-51755-JWC**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 454,602.53

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ 454,602.53

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 1,119,671.70

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................... $ 7,189.24

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 444,968.59

4.  **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b                                                                          $ 1,571,829.53

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Southland Manufacturing, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | **26-51755-JWC** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Synovus Bank** | **checking** | **7835** | **$5,096.27** |
| 3.2. | **Synovus Bank** | **checking** | **3654** | **$0.00** |
| 3.3. | **Synovus Bank** | **checking** | **9943** | **$26,200.96** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$31,297.23**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor   **Southland Manufacturing, Inc.**                    Case number *(If known)* **26-51755-JWC**
             Name

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:          **52,541.00**        -                     **0.00**  = ....                    **$52,541.00**
                            face amount                        doubtful or uncollectible accounts

11b. Over 90 days old:          **10,620.25**        -                     **0.00**  =....                    **$10,620.25**
                            face amount                        doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                      **$63,161.25**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** raw materials | | **Unknown** | | **$44,899.05** |
| 20. **Work in progress** work in progress | | **Unknown** | | **$19,245.00** |

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                                      **$64,144.05**

      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☐ No
      ■ Yes. Book value          Valuation method          Current Value          **27,190.64**

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor   **Southland Manufacturing, Inc.**                          Case number *(If known)*  **26-51755-JWC**
　　　　　　Name

**Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **office furniture and furnishings** | **Unknown** | | **$2,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **office equipment** | **Unknown** | | **$10,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$12,500.00** |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Chevy 2500 pickup truck** | **Unknown** | | **$12,000.00** |
| 47.2. | **Ford 450 pickup truck** | **Unknown** | | **$15,000.00** |

Debtor   **Southland Manufacturing, Inc.**                    Case number *(If known)* **26-51755-JWC**

Name

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

|  | | | |
|---|---|---|---|
| 48.1.   **18 ft. utility trailer** | **Unknown** | | **$1,500.00** |

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

|  | | | |
|---|---|---|---|
| shop machinery, fixtures, and equipment | **Unknown** | | **$255,000.00** |

51.   **Total of Part 8.**                                                        | **$283,500.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Southland Manufacturing, Inc.**                              Case number *(If known)*  **26-51755-JWC**
          Name

<div style="background:black;color:white">Part 12:</div>     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $31,297.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $63,161.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $64,144.05 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $283,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9..........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $454,602.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $454,602.53 |

**Fill in this information to identify the case:**

Debtor name    **Southland Manufacturing, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    **26-51755-JWC**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **EBF Partners, LLC** Creditor's Name **d/b/a Everest Business Funding** **102 W 38th Street 6th Floor** **New York, NY 10018** Creditor's mailing address **gerardo.arevlo@everestbusinessfunding.com** Creditor's email address, if known **Date debt was incurred** **01/08/2024** **Last 4 digits of account number** ___ | Describe debtor's property that is subject to a lien **future receipts** Describe the lien **Revenue Based Financing Agreement** **Is the creditor an insider or related party?** ■ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $318,000.00 | Unknown |
| **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **2.2** **GM Financial** Creditor's Name **PO Box 78143** **Phoenix, AZ 85062-8143** Creditor's mailing address ___ Creditor's email address, if known **Date debt was incurred** ___ **Last 4 digits of account number** **4059** | Describe debtor's property that is subject to a lien **2015 Chevrolet Solverado pickup truck** Describe the lien **title lien** **Is the creditor an insider or related party?** ■ No ☐ Yes **Is anyone else liable on this claim?** ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $3,300.00 | $1,200.00 |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1 of 4

Debtor   **Southland Manufacturing, Inc.**

Name                              Case number (if known)   **26-51755-JWC**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Highland Hill Capital LLC** | **Describe debtor's property that is subject to a lien** | **$500,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1100 Park Central Blvd S Suite 1200**
**Pompano Beach, FL 33064**

Creditor's mailing address

**scott@highlandhillcap.com**

Creditor's email address, if known

**Date debt was incurred**
**06/18/2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**future receipts**

**Describe the lien**
**Sale of Future Receipts Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Leaf Capital Funding, LLC** | **Describe debtor's property that is subject to a lien** | **$9,700.00** | **$9,700.00** |
|---|---|---|---|---|

Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**equipment lease**

**Describe the lien**
**equipment lease**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Machinery Finance Resources** | **Describe debtor's property that is subject to a lien** | **$128,000.00** | **$128,000.00** |
|---|---|---|---|---|

Creditor's Name

**L-3708**
**Columbus, OH 43260-3708**

Creditor's mailing address

**equipment lease**

**Describe the lien**
**equipment lease**

---

Debtor   **Southland Manufacturing, Inc.**                                    Case number (if known)   **26-51755-JWC**
Name

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0500**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **PNC Equipment Finance, LLC** | **Describe debtor's property that is subject to a lien** | **$1,271.70** | **$24,000.00** |
|---|---|---|---|---|

Creditor's Name

**655 Business Center Drive Suite 250 Horsham, PA 19044**
Creditor's mailing address

**forklift lease arrearage**

**Describe the lien**
**equipment lease**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/20/2022**

**Last 4 digits of account number**
**2372**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Trofeo Capital LLC** | **Describe debtor's property that is subject to a lien** | **$138,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**398 E Dania Beach Blvd #297 Dania, FL 33004**
Creditor's mailing address

**deposit account, accounts receivable, equipment, etc.**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**nick@trofeocap.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/26/2026**

**Last 4 digits of account number**
**2024**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                                      page 3 of 4

Debtor  **Southland Manufacturing, Inc.**
      Name

Case number (if known)  **26-51755-JWC**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.8** | **US Bank Equipment Finance**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**equipment lease** | **$21,400.00**      **$21,400.00** |

**1310 Madrid St, Suite 101
Marshall, MN 56258-4002**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
06/17/2021
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$1,119,671.70**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Topline Recovery<br>c/o Michael V. Scarpati, Esq.<br>1078 Summit Ave, Suite 104<br>Jersey City, NJ 07307** | Line __2.7__ | **liens@toplinerecovery.com** |

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 4 of 4

**Fill in this information to identify the case:**

Debtor name   **Southland Manufacturing, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)   **26-51755-JWC**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Dougals Cnty Tax Commissioner**
**6200 Fairburn Rd**
**Douglasville, GA 30134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$6,112.53**    Priority amount **$6,112.53**

Date or dates debt was incurred
**2025**

Basis for the claim:
**property tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
**Georgia Department Of Revenue**
**Bankruptcy**
**2595 Century Pkwy NE Suite 339**
**Atlanta, GA 30345-3173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,076.71**    Priority amount **$1,076.71**

Date or dates debt was incurred
**01/2026**

Basis for the claim:
**sales and use tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

Official Form 206E/F             **Schedule E/F: Creditors Who Have Unsecured Claims**             page 1 of 6

21149

Debtor   **Southland Manufacturing, Inc.**                    Case number (if known)   **26-51755-JWC**
_____
Name

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,975.00** |

**Absolute Freight**
**4315 Yeager Road**
**Douglasville, GA 30135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,533.24** |

**Advanced Cutting Systems**
**112 Hilltop Business Drive**
**Pelham, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,208.00** |

**Alma Machine Services**
**180 Columbia Way**
**Douglasville, GA 30134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,972.95** |

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card debt**

Last 4 digits of account number  **1007**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,010.91** |

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number  **1002**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$650.24** |

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card account**

Last 4 digits of account number  **2004**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$212.97** |

**American General**
**PO Box 4373**
**Houston, TX 77210-4373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Southland Manufacturing, Inc.**      Case number (if known)    **26-51755-JWC**
_____ Name

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,030.84** |
|---|---|---|---|

**Capital One**
**15000 Capital One Drive**
**Richmond, VA 23238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3006**

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.88** |
|---|---|---|---|

**Exxon Mobil**
**Wex Bank**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3579**

Basis for the claim:  **credit card account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,292.19** |
|---|---|---|---|

**Hart Machine Tool**
**Dept. #6386**
**PO Box 11407**
**Birmingham, AL 35246-6386**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$473.70** |
|---|---|---|---|

**Hassler Machine**
**3711 Industrial Parkway**
**Birmingham, AL 35217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Hawkinson, Muchnick & Assocs.**
**Dan Muchnick**
**4935 Stewart Mill Road; # 100**
**Douglasville, GA 30135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **accounting services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51,774.40** |
|---|---|---|---|

**Infra-Metals**
**PO Box 409828**
**Atlanta, GA 30384-9828**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mars Consulting Partners**
**413 Clearview Drive**
**East Meadow, NY 11554**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **consulting agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      **Page 3 of 6**

| Debtor | **Southland Manufacturing, Inc.** | Case number (if known) | **26-51755-JWC** |
|---|---|---|---|
| | Name | | |

**3.15** | **Nonpriority creditor's name and mailing address**

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,317.42**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**MM Systems Corp.**
**PO Box 98**
**Pendergrass, GA 30567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,199.89**

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Moore, Ingram, Johnson Steele**
**PO Box 3305**
**Marietta, GA 30061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,324.00**

---

**3.18** | **Nonpriority creditor's name and mailing address**

**New House Products, Inc.**
**560 Tift Street, SW**
**Atlanta, GA 30310-2036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$845.00**

---

**3.19** | **Nonpriority creditor's name and mailing address**

**Phillips Corporation**
**PO Box 405649**
**Atlanta, GA 30348-5649**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$495.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**

**Phoenix Metals**
**PO Box 932589**
**Atlanta, GA 31193-2589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,990.21**

---

**3.21** | **Nonpriority creditor's name and mailing address**

**Priority 1, Inc.**
**c/o Bank of America**
**PO Box 840808**
**Dallas, TX 75284-0808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,730.57**

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 4 of 6

| Debtor | **Southland Manufacturing, Inc.** | Case number (if known) | **26-51755-JWC** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81,000.00** |
|---|---|---|---|

**Robert E. Yancey**
**175 Blackwelder Road**
**Bowdon, GA 30108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **premises lease arrearage**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$189,000.00** |
|---|---|---|---|

**Robert E. Yancey**
**175 Blackwelder Road**
**Bowdon, GA 30108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$788.78** |
|---|---|---|---|

**Sidney Lee Welding Supply**
**PO Box 429**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,861.13** |
|---|---|---|---|

**Southern Aluminum**
**PO Box 744990**
**Atlanta, GA 30374-4990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,281.01** |
|---|---|---|---|

**Synovus Bank**
**33 W 14th St.**
**Suite 400**
**Columbus, GA 31901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/20/2020**

Last 4 digits of account number **3817**

Basis for the claim: **promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,940.40** |
|---|---|---|---|

**Wayne's Metal Fabrication**
**8681 S Flat Rock Rd.**
**Douglasville, GA 30134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$370.86** |
|---|---|---|---|

**Wex Bank**
**PO Box 4337**
**Carol Stream, IL 60197-4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2394**

Basis for the claim: **credit card account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| | | |
|---|---|---|
| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 5 of 6 |

| Debtor | **Southland Manufacturing, Inc.** | Case number (if known) | **26-51755-JWC** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Office of the Attorney General**<br>**Business & Finance Bankruptcy**<br>**40 Capital Square, SW**<br>**Atlanta, GA 30334-9057** | Line __2.2__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 7,189.24 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 444,968.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 452,157.83 |

**Fill in this information to identify the case:**

Debtor name   **Southland Manufacturing, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)   **26-51755-JWC**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **lease fabrication equipment** | |
| State the term remaining | **approximately 22 months** | **Leaf Capital Funding, LLC** |
| List the contract number of any government contract | | **2005 Market Street, 14th Floor** **Philadelphia, PA 19103** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **lease plasma cutting machine** | |
| State the term remaining | **approximately 52+ months** | **Machinery Finance Resources** |
| List the contract number of any government contract | | **L-3708** **Columbus, OH 43260-3708** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **lease forklift** | |
| State the term remaining | **approximately 38+ months** | **PNC Equipment Finance, LLC** **655 Business Center Drive** |
| List the contract number of any government contract | | **Suite 250** **Horsham, PA 19044** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **lease fabrication equipment** | |
| State the term remaining | **approximately 16 months** | **US Bank Equipment Finance** |
| List the contract number of any government contract | | **1310 Madrid St, Suite 101** **Marshall, MN 56258-4002** |

**Fill in this information to identify the case:**

Debtor name   **Southland Manufacturing, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)   **26-51755-JWC**

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Robert S. Yancey** | **8960 B HIGHWAY 5**<br>**Douglasville, GA 30134** | **American Express** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.2 | **Robert S. Yancey** | **8960 B HIGHWAY 5**<br>**Douglasville, GA 30134** | **American Express** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.3 | **Robert S. Yancey** | **8960 B HIGHWAY 5**<br>**Douglasville, GA 30134** | **Highland Hill Capital LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Robert S. Yancey** | **8960 B HIGHWAY 5**<br>**Douglasville, GA 30134** | **Trofeo Capital LLC** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Robert S. Yancey** | **8960 B HIGHWAY 5**<br>**Douglasville, GA 30134** | **EBF Partners, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Debtor **Southland Manufacturing, Inc.**      Case number *(if known)* **26-51755-JWC**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | **Robert S. Yancey**  **8960 B HIGHWAY 5**  **Douglasville, GA 30134** | **Synovus Bank** | ☐ D _____  ■ E/F __3.26__  ☐ G _____ |

Official Form 206H      Schedule H: Your Codebtors      Page 2 of 2

**Fill in this information to identify the case:**

Debtor name   **Southland Manufacturing, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)   **26-51755-JWC**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2026** to **Filing Date** | ■ Operating a business ☐ Other | **$57,561.60** |
| **For prior year:** From  **1/01/2025** to **12/31/2025** | ■ Operating a business ☐ Other | **$1,973,337.08** |
| **For year before that:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other | **$1,699,065.34** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **Southland Manufacturing, Inc.** | Case number *(if known)* | **26-51755-JWC** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Aetna**<br>**PO Box 818048**<br>**Cleveland, OH 44181-8048** | various | $13,001.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **insurance premium payments** |
| 3.2. **Mercury Funding**<br>**5050 Poplar Ave, Suite 2100**<br>**Memphis, TN 38157** | | $10,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **MM Systems Corp.**<br>**PO Box 98**<br>**Pendergrass, GA 30567** | various | $30,022.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Phoenix Metals**<br>**PO Box 932589**<br>**Atlanta, GA 31193-2589** | various | $63,471.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Steel Mart**<br>**PO Box 2520**<br>**Tucker, GA 30085** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

Debtor    **Southland Manufacturing, Inc.**                                    Case number *(if known)*  **26-51755-JWC**

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Debtor | Southland Manufacturing, Inc. | Case number *(if known)* 26-51755-JWC |
|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Paul Reece Marr, P.C.<br>6075 Barfield Road<br>Suite 213<br>Sandy Springs, GA<br>30328-4402 | $26,738.00 ($25,000.00 attorney retainer + $1,738.00 Petition filing fee) | 01/29/2026 - 01/30/2026 | $26,738.00 |
| | **Email or website address**<br>paul.marr@marrlegal.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

Debtor    **Southland Manufacturing, Inc.**                          Case number *(if known)*  **26-51755-JWC**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■  No.
   ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■  No. Go to Part 10.
   ☐  Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Synovus Bank**<br>**6500 Church Street**<br>**Douglasville, GA 30134** | **XXXX-3654** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **01/2026** | **$0.00** |
| 18.2. | **Synovus Bank**<br>**6500 Church Street**<br>**Douglasville, GA 30134** | **XXXX-1159** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/18/2025** | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor   **Southland Manufacturing, Inc.**                                         Case number *(if known)*  **26-51755-JWC**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor   **Southland Manufacturing, Inc.**                              Case number *(if known)*  **26-51755-JWC**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Hawkinson, Muchnick & Assocs.**<br>**Dan Muchnick**<br>**4935 Stewart Mill Road; # 100**<br>**Douglasville, GA 30135** | **2018 to current** |
| 26a.2.  **Sherrie Martin**<br>**Southland Manufacturing, Inc.**<br>**8960 Highway 5, Bldg B**<br>**Douglasville, GA 30134** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Hawkinson, Muchnick & Assocs.**<br>**Dan Muchnick**<br>**4935 Stewart Mill Road; # 100**<br>**Douglasville, GA 30135** | |
| 26c.2.  **Sherrie Martin**<br>**Southland Manufacturing, Inc.**<br>**8960 Highway 5, Bldg B**<br>**Douglasville, GA 30134** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Mercury Funding**<br>**Mars Consulting Partners** |
| 26d.2.  **Synovus Bank**<br>**6500 Church Street**<br>**Douglasville, GA 30134** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert S. Yancey** | **4149 Yancey Road**<br>**Douglasville, GA 30135** | **owner, CEO, CFO** | **100** |

Debtor   **Southland Manufacturing, Inc.**                         Case number *(if known)* **26-51755-JWC**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tammy F Yancey** | **4149 Yancey Road**<br>**Douglasville, GA 30135** | **Secretary, owner's wife** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■  No
☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jordan Yancey**<br>**8960 Highway 5, Bldg B**<br>**Douglasville, GA 30134** | **$93,397.50 W-2 compensation** | **routine pay periods during the 365 day pre-Petition period** | |
| | **Relationship to debtor**<br>**shop manager, owner's son** | | | |
| 30.2. | **Robert S. Yancey**<br>**4149 Yancey Road**<br>**Douglasville, GA 30135** | **$123,053.37 W-2 compensation** | **routine pay periods during the 365 day pre-Petition period** | |
| | **Relationship to debtor**<br>**owner, officer** | | | |
| 30.3. | **Tammy Yancey**<br>**4149 Yancey Road**<br>**Douglasville, GA 30135** | **$22,440.00 W-2 compensation** | **routine pay periods during the 365 day pre-Petition period** | |
| | **Relationship to debtor**<br>**employee, owner's wife** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Southland Manufacturing, Inc.**                                    Case number *(if known)*  **26-51755-JWC**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■   No
☐   Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Debtor | **Southland Manufacturing, Inc.** | Case number *(if known)* **26-51755-JWC** |
|---|---|---|

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 27, 2026**

**/s/ Robert S. Yancey**                                    **Robert S. Yancey**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **10**

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re   **Southland Manufacturing, Inc.**         Case No.   **26-51755-JWC**
                              Debtor(s)       Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept                   $      **25,000.00**

     Prior to the filing of this statement I have received          $      **25,000.00**

     Balance Due                                     $      **0.00**

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [List other services that counsel has agreed to provide]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **representation of the debtor(s) in adversary proceedings.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 27, 2026**                           **/s/ Paul Reece Marr GA Bar #**
*Date*                                        **Paul Reece Marr GA Bar # 471230**
                                             *Signature of Attorney*
                                             **Paul Reece Marr, P.C.**
                                             **6075 Barfield Road**
                                             **Suite 213**
                                             **Sandy Springs, GA 30328-4402**
                                             **(770) 984-2255  Fax: (678) 623-5109**
                                             **paul.marr@marrlegal.com**
                                             *Name of law firm*

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re  **Southland Manufacturing, Inc.**                                      Case No.    **26-51755-JWC**
                                                Debtor(s)                     Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert S. Yancey**<br>**4149 Yancey Road**<br>**Douglasville, GA 30135** | | **100%** | **stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 27, 2026**                 Signature  **/s/ Robert S. Yancey**
                                                         **Robert S. Yancey**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re __Southland Manufacturing, Inc.__       Case No. __26-51755-JWC__
            Debtor(s)     Chapter __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Southland Manufacturing, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 27, 2026__

Date

__/s/ Paul Reece Marr GA Bar #__

__Paul Reece Marr GA Bar # 471230__

Signature of Attorney or Litigant

Counsel for __Southland Manufacturing, Inc.__

__Paul Reece Marr, P.C.__

__6075 Barfield Road__
__Suite 213__
__Sandy Springs, GA 30328-4402__
__(770) 984-2255 Fax:(678) 623-5109__
__paul.marr@marrlegal.com__

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 26-51755-JWC** |
| **SOUTHLAND MANUFACTURING, INC.,** | : | |
| | : | **SubChapter V Chapter 11** |
| **Debtor,** | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS*, and related documents using the Bankruptcy Court's Electronic Case Filing program which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case as follows:

Adriano Omar Iqbal on behalf of U.S.
Trustee United States Trustee
adriano.o.iqbal@usdoj.gov

Leon S. Jones
ljones@joneswalden.com,
jwdistribution@joneswalden.com;bdernus@joneswalden.com

This the 27th day of February, 2026.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

PAUL REECE MARR, P.C.
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
Telephone: 770-984-2255
Email: paul.marr@marrlegal.com

SUPPLEMENTAL MATRIX

Exxon Mobil
Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293

Phillips Corporation
PO Box 405649
Atlanta, GA 30348-5649

Synovus Bank
33 W 14th St. Suite 400
Columbus, GA 31901

Wex Bank
PO Box 4337
Carol Stream, IL 60197-4337