**IT IS ORDERED as set forth below:**

**Date: September 24, 2026**

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 26-51755-JWC** |
| **SOUTHLAND MANUFACTURING, INC.,** | : | |
| | : | **SubChapter V Chapter 11** |
| **Debtor,** | : | |
| | : | |

**ORDER AND NOTICE**
**OF ASSIGNMENT OF HEARING ON CONFIRMATION OF PLAN**
**AND ESTABLISHING BALLOT AND OBJECTION DEADLINES**

WHEREAS, Southland Manufacturing, Inc. (the "**Debtor**") filed its Subchapter V Plan of Reorganization on May 11, 2026 [Doc. No. 48] and its First Amended SubChapter V Plan of Reorganization on September 22, 2026 [Doc. No. 67] (together, the "**Plan**"). The Debtor also filed, on September 22, 2026, an application [Doc. No. 68] (the "**Application**") requesting entry of an order:

(a) scheduling a hearing on confirmation of the Plan as may be amended,

(b) approving the form and content of Debtor's ballot,

(c) establishing a deadline for filing objections to the Plan, and

(d) establishing a deadline for casting ballots to accept or reject the Plan.

**THEREFORE, IT IS HEREBY ORDERED and NOTICE IS HEREBY GIVEN that:**

A. November 5, 2026 is fixed as the last day for filing, on the ballot form attached to this Order as **Exhibit A**, written acceptances or rejections of Debtor's Plan. All ballots must be ***filed*** with:

**Clerk, United States Bankruptcy Court**
**Suite 1340**
**75 Ted Turner Drive**
**Atlanta, Georgia 30303**

and a copy ***mailed and emailed*** to Debtor's attorney:

**Paul Reece Marr, Esq.**
**Paul Reece Marr, P.C.**
**6075 Barfield Road, Suite 213**
**Sandy Springs, GA 30328**
**paul.marr@marrlegal.com**

B. November 5, 2026 is fixed as the last day for filing and serving written objections to confirmation of the Plan. Any such written objection to confirmation of the Plan must be filed with the **Clerk, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303** and a copy mailed to Debtor's attorney, Paul Reece Marr, Esq., Paul Reece Marr, P.C., 6075 Barfield Road, Suite 213, Sandy Springs, GA 30328-4402.

C. A hearing will be held in **Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, Atlanta, Georgia 30303 at 11:00 A.M. on November 12, 2026**, to consider confirmation of the Plan, as the same may be amended, and to determine the value of collateral and extent to which claims are secured pursuant to 11 U.S.C. §506(a) and Rule 3012, and to address any other matters related to the Plan (the "**Confirmation Hearing**"). The Confirmation Hearing must be attended in person, unless the Court orders otherwise.

D. The form and content of Debtor's ballot, attached hereto as **Exhibit A** (the "**Ballot**"), is approved.

E. Debtor's attorney shall serve a copy of this Order and Notice, the Plan, and the Ballot, upon the U.S. Trustee, the SubChapter V Trustee, and all creditors and parties in interest on or

before three (3) business days after entry of this Order and Notice and shall file a certificate of such service within three days of mailing.

F. Debtor's attorney shall file a Summary of Voting on the Plan in form substantially similar to **Exhibit "B"** attached hereto indicating all ballots cast have been tabulated by Debtor and the resulting vote for each class designated in the Plan.

**[END OF ORDER]**

Prepared and submitted,
PAUL REECE MARR, P.C.
Debtor's counsel

/s/ Paul Reece Marr
Paul Reece Marr
Georgia Bar No. 471230
6075 Barfield Road, Suite 213
Sandy Springs, GA 30328
770-984-2255
paul.marr@marrlegal.com

DISTRIBUTION LIST

Pursuant to Local Rule 9013-2(b) for the United States Bankruptcy Court, Northern District of Georgia, following is a list of all parties to be served with a copy of this Order:

Paul Reece Marr, Esq.
Paul Reece Marr, P.C.
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 26-51755-JWC** |
| **SOUTHLAND MANUFACTURING, INC.,** | : | |
| | : | **SubChapter V Chapter 11** |
| **Debtor,** | : | |
| | : | |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**FIRST AMENDED PLAN OF REORGANIZATION**

Southland Manufacturing, Inc. (the "**Debtor**") filed its Subchapter V Plan of Reorganization on May 11, 2026 [Doc. No. 48] and its First Amended SubChapter V Plan of Reorganization on September 22, 2026 [Doc. No. 67] (together, the "**Plan**"). On September 22, 2026, Debtor filed an Application Requesting Entry of Order Establishing Certain Deadlines Pursuant to Rule 3017.2 (the "**Application**"). The Court has approved the deadlines set forth herein. If you do not have a copy of the Plan, you may obtain a copy from Paul Reece Marr, P.C, 6075 Barfield Road, Suite 213, Sandy Springs, GA 30328, 770-984-2255 (telephone), paul.marr@marrlegal.com (email). The Plan is available for review in the Office of the Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

**If your ballot is not received by the Office of the Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303 *on or before November 5, 2026* and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**SOUTHLAND MANUFACTURING, INC.** **Case No. 26-51755-JWC**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it or the Plan otherwise satisfies the requirements of Section 1191(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE NOVEMBER 5, 2026 TO:**

**Clerk, U.S. Bankruptcy Court**
**Suite 1340**
**75 Ted Turner Drive**
**Atlanta, Georgia 30303**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Paul Reece Marr, P.C, 6075 Barfield Road, Suite 213, Sandy Springs, GA 30328.

**The undersigned is a holder of** [check one:]

____ a secured claim

____ an unsecured claim

____other [specify: ______________________________________________]

**In the amount of $______________________ in Class ______ and hereby:**

**_____ Accepts** **_____ Rejects Debtor's Plan**

Date: ______________________

Creditor: ________________________________

[Print or Type Name of Creditor]

Signed: _________________________________

_________________________________________

[Print or Type Name of signing representative]

Title [if appropriate] _________________________

Address: ________________________________

________________________________

________________________________

Phone Number: __________________________

Email Address: __________________________

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 26-51755-JWC** |
| **SOUTHLAND MANUFACTURING, INC.,** | : | |
| | : | **SubChapter V Chapter 11** |
| **Debtor,** | : | |
| | : | |

**SUMMARY OF THE VOTING**
**ON THE FIRST AMENDED PLAN OF REORGANIZATION**

Tabulated as of November__, 2026
For Confirmation Hearing to be held November 12, 2026

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
| | _______ Accepts<br>_______ Rejects<br>_______ Percent | _______ Accepts<br>_______ Rejects<br>_______ Percent | ____ Yes<br>____ No |
| | _______ Accepts<br>_______ Rejects<br>_______ Percent | _______ Accepts<br>_______ Rejects<br>_______ Percent | ____ Yes<br>____ No |
| | _______ Accepts<br>_______ Rejects<br>_______ Percent | _______ Accepts<br>_______ Rejects<br>_______ Percent | ____ Yes<br>____ No |

1. The Plan of Reorganization has (has not) received the requisite acceptances to be confirmed under the Bankruptcy Code.

2. All ballots cast have been counted.

3. The undersigned hereby certifies that all ballots filed and maintained by the Bankruptcy Clerk or other authorized person were counted and tallied.

Dated: November __, 2026.

PAUL REECE MARR, P.C.
Debtor's counsel

________________

Paul Reece Marr
Georgia Bar No. 471230
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067
770-984-2255
paul.marr@marrlegal.com